# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA SHIREY,<br>    Plaintiff,<br><br>v.<br><br>JOHN LADONNE, JANE HENRY, MD.<br>JOHN WIENER, DR. JANE MUSHDAQ,<br>JOHN FAUBERT, NEILON SHAMUS<br>AND JOHN WILLIAMSON, III,<br>    Defendants. | CIVIL ACTION<br><br><br><br>NO. 18-4960 |

## O R D E R

**AND NOW**, this 3rd day of April, 2019, upon consideration of Defendants' motions to dismiss (ECF Nos. 19, 21, 22),[1] and Plaintiff's opposition thereto (ECF No. 23), it is hereby **ORDERED** that:

1. Defendant Weiner's Motion to Dismiss (ECF No. 19) is **DENIED**.
2. Defendants Mushtaq and Henry's Motion to Dismiss (ECF No. 21) is **DENIED**.
3. Defendants Ladonne, Faubert, Nealon, and Williamson's (collectively "Commonwealth Defendants") Motion to Dismiss (ECF No. 22) is **GRANTED IN PART AND DENIED IN PART** as follows:
    a. The Motion to Dismiss Plaintiff's claims for damages against the Commonwealth Defendants in their official capacity is **GRANTED**.
    b. The Motion to Dismiss Plaintiff's Eighth Amendment claims against Defendant Ladonne is **DENIED**.
    c. The Motion to Dismiss Plaintiff's Eighth Amendment claim against Defendant Faubert is **DENIED**.
    d. The Motion to Dismiss Plaintiff's Eighth Amendment claim against Defendant Nealon is **GRANTED**. Plaintiff's Eighth Amendment claim against Defendant Nealon is **DISMISSED WITH PREJUDICE**.

---

[1] Plaintiff's Complaint misspells the names of, or otherwise misidentifies, several of the named Defendants. For clarity's sake, the Court will use the correct spelling of Defendants' names here.

e. The Motion to Dismiss Plaintiff's Eighth Amendment claim against Defendant Williamson is **GRANTED**. Plaintiff's Eighth Amendment claim against Defendant Williamson is **DISMISSED WITHOUT PREJUDICE**.

f. The Motion to Dismiss Plaintiff's Fourth Amendment claim against Defendant Williamson is **GRANTED**. Plaintiff's Fourth Amendment claim against Defendant Williamson is **DISMISSED WITH PREJUDICE**.

g. The Motion to Dismiss Plaintiff's Due Process claim against Defendant Williamson is **GRANTED**. Plaintiff's Due Process claim against Defendant Williamson is **DISMISSED WITH PREJUDICE**.

h. The Motion to Dismiss Plaintiff's Equal Protection claim against Defendant Williamson is **DENIED**.

**BY THE COURT:**

**/s/Wendy Beetlestone, J.**

_____
**WENDY BEETLESTONE, J.**